# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAKIM LEWIS,** Petitioner, | : : : | **CIVIL ACTION** |
| v. | : : : | |
| **MICHAEL WENEROWICZ,** et al., Respondents | : : : : : | No. 14-cv-06818-JS<br><br>NOV 1 4 2019<br><br>KATE PARKMAN, Clerk<br>Dep. Clerk |

## ORDER

AND NOW this __14th__ day of __November__, 2019, upon careful and independent consideration of Hakim Lewis' petition for writ of habeas corpus (Doc. No. 1), Petitioner's second amended memorandum of law in support of amended petition (Doc. No. 53), the Commonwealth's response in opposition (Doc. No. 61), Petitioner's unopposed motion to amend the petition (Doc. No. 69), the Commonwealth's supplemental response to the petition, (Doc. No. 73), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Lewis' Petition for Writ of Habeas Corpus is PARTIALLY GRANTED by separate Judgment, filed contemporaneously with this Order. *See* Federal Rule of Civil Procedure 58(a); Rules Governing Section 2254 Cases in the United States District Courts, Rule 12;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) as to any other issue because "the applicant has [not] made a substantial showing

of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012); and,

4. The Clerk of Court shall mark this file closed.

BY THE COURT:

_____
HON. JUAN SANCHEZ
Chief United States District Judge